IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ZACHARY OELKE,
SAMANTHA R. FISHEL and J. OEKLE,

                JUDGMENT IN A CIVIL CASE

    Plaintiffs,                               15-cv-591-bbc

v.

WISCONSIN LAWYERS MUTUAL
INSURANCE CO., HUPY & ABRAHAM, S.C.
and MICHAEL F. HUPY,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack subject matter jurisdiction.

| /s/ | 10/9/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |